02-11-338-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00338-CV 

 

 


 
 
 In re Stephen Ray Smith
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that relief should be denied.[2] 
Accordingly, relator’s petition for writ of mandamus is denied.

 

PER CURIAM

 

PANEL: 
MCCOY, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

 

DELIVERED: 
August 31, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).





[2]The trial court clerk
informed this court that no motion had been filed by Relator for the trial
court to rule upon.  See also Tex. Gov’t Code Ann. §§ 552.321,
552.3215 (West 2004) (setting out procedures to follow for the trial court to
compel a governmental body to make information available).